IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01847-WYD-BNB

URAIWAN SAWATDI,

Plaintiff,

v.

VICORP RESTAURANTS, INC., a Colorado corporation,

Defendant.
_____

## ORDER
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for reasons stated on the record. Consistent with matters discussed at the conference this morning:

IT IS ORDERED that a the parties shall submit a revised proposed scheduling order, modified as discussed this morning, on or before **December 7, 2007**.

IT IS FURTHER ORDERED that a settlement conference is set for **January 9, 2008, at 3:00 p.m.,** and a final pretrial conference is set for **August 21, 2008, at 9:00 a.m.**

Dated November 30, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge