IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01847-WYD-BNB

URAIWAN SAWATDI,

Plaintiff,

v.

VICORP RESTAURANTS, INC., a Colorado corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [docket no. 21, filed February 29, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
  The parties shall designate all experts and provide opposing counsel
  with all information specified in Fed. R. Civ. P. 26(a)(2) on or
  before **March 28, 2008**;

  The parties shall designate all rebuttal experts and provide opposing
  counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on
  or before **April 25, 2008**;

| | |
|---|---|
| Discovery Cut-off: | **June 27, 2008**; |
| Dispositive Motion Deadline: | **July 28, 2008**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for August 21, 2008, is **vacated and reset to September 29, 2008, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **September 22, 2008**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: March 11, 2008