IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01847-WYD-BNB

URAIWAN SAWATDI,

Plaintiff,

v.

VICORP RESTAURANTS, INC., a Colorado corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order** [docket no. 29, filed March 24, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 25, 2008**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 23, 2008**;

| | |
|---|---|
| Discovery Cut-off: | **July 25, 2008**; |
| Dispositive Motion Deadline: | **August 25, 2008**. |

DATED: March 24, 2008