IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01847-WYD-BNB

URAIWAN SAWATDI,

    Plaintiff,

v.

VICORP RESTAURANTS, INC., a Colorado Corporation,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

    THIS MATTER comes before the Court upon review of the file. On April 15, 2008, Defendant filed a Notice of Bankruptcy and Automatic Stay. The notice indicated that on April 3, 2008, the Defendant filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code (United States Bankruptcy Court for the District of Delaware, Case Nos. 08-10623 and 08-10624 (KG)). Therefore, this matter is subject to an automatic stay pursuant to 11 U.S.C. § 362. Since the Defendant's Chapter 11 bankruptcy filing is currently pending and the outcome of the Defendant's bankruptcy case is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. Accordingly, it is

    ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated: September 24, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge